Motion (83) is **GRANTED** and Plaintiff's deadline to respond to the Motion to Dismiss is extended to February 16, 2024.

*Waverly D. Crenshaw, Jr.*
Chief US District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY MALLINGER, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:23-cv-00201 |
| ) | Removed from the Circuit Court |
| v. ) | Davidson County, Tennessee |
| ) | Case No. 23C245 |
| HARD ROCK CAFE' ) | JURY DEMANDED |
| INTERNATIONAL (STP), INC., ) | |
| COUNTRY MUSIC ASSOCIATION, INC., ) | |
| MONSTER ENERGY CORPORATION, ) | |
| ACTIVATE, INC. AND REACH, LLC ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO REACH, LLC'S RULE 12 MOTION TO DISMISS**

Pending before the Court is Reach, LLC's Rule 12 Motion to Dismiss (Doc. No. 80). Due to unforeseen circumstances in counsel's schedule, the undersigned needs a one-week extension to file a Response. Pursuant to LR 7.01(a)(3), Plaintiff's Response to the Motion is currently due by February 9th. Pursuant to LR 7.01(a)(1), counsel for Plaintiff conferred with counsel for Reach, LLC, requested and received a one-week extension to file Plaintiff's response, thereby making same due on February 16th. Thus, a one-week extension to file a Response is not opposed by counsel for Reach, LLC. Accordingly, Plaintiff moves the Court for permission for a one-week extension to February 16, 2024, to file her Response, the same being unopposed.

1